United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 15-02683-RNO
Beata Baran  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 14, 2020  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beata Baran, 7 Cobblewood Dr. K3, Mt. Pocono, PA 18344-1715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Mario John Hanyon | on behalf of Creditor LOANCARE LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor LoanCare LLC pamb@fedphe.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov |
| Peter J Ashcroft | on behalf of Creditor Green Tree Servicing LLC pashcroft@bernsteinlaw.com, |

ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Philip W. Stock

on behalf of Debtor 1 Beata Baran pwstock@ptd.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Beata Baran, | Chapter 13 |
| **Debtor 1** | Case No. 5:15−bk−02683−RNO |

Social Security No.:
xxx−xx−8502

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 14, 2020

By the Court,

*[Signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

**fnldec** (05/18)